IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TANIKA TURNER,** individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**EYM PIZZA OF ILLINOIS, LLC and EDUARDO DIAZ,**<br><br>Defendants. | Case No. 1:22-cv-02948<br><br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Tanika Turner, on behalf of herself and all others similarly situated, and Defendants EYM Pizza of Illinois, LLC, and Eduardo Diaz (collectively, the "Parties"), by and through the undersigned counsel and pursuant to F.R.C.P. 41(a)(1)(A)(ii), hereby present to this honorable Court that they stipulate to the dismissal of this action without prejudice. Accordingly, Plaintiff hereby dismisses this action without prejudice, with each party to bear its own costs of court and attorneys' fees.

Respectfully submitted,

*/s/ Matthew R. McCarley*
Matthew R. McCarley
Bar No. 24041426
**FORESTER HAYNIE, PLLC**
400 N. St. Paul Street, Suite 700
Dallas, TX 75201
Tel: (214) 210-7493
Fax: (469) 399-1070
Email: mccarley@foresterhaynie.com

**ATTORNEY FOR PLAINTIFFS**

Michael Kevin McDonough

Sullivan & Associates, LLC
120 S. LaSalle Street Suite 1530
Chicago, IL 60603
872-282-0601
Fax: 872-282-0606
Email: mmcdonough@ksully.com

**ATTORNEY FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically served on all counsel of record via the Court's Electronic Filing System.

*/s/ Matthew R. McCarley*
**Matthew R. McCarley**