## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
## Eastern Division

Tanika Turner

                              Plaintiff,

v.                                             Case No.: 1:22−cv−02948
                                                        Honorable Steven C. Seeger

EYM PIZZA OF ILLINOIS, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 4, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: Based upon the filed Joint Stipulation of Dismissal (Dckt. No. [10]) and to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) this case is dismissed without prejudice. Each party shall bear its own costs and attorneys' fees. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.